**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6463**

———————

WILLIE J. ODOM,

Petitioner - Appellant,

versus

PARKER EVATT, South Carolina Department of
Corrections; TRAVIS MEDLOCK, Attorney General
of State of South Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Chief District
Judge.  (CA-94-1787-2-2AJ)

———————

Submitted:  August 28, 1997      Decided:  September 17, 1997

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Willie J. Odom, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Odom v. Evatt, No. CA-94-1787-2-2AJ (D.S.C. Mar. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

DISMISSED

2